| | |
|---|---|
| 1 | HEATHER E. WILLIAMS (SBN 122664) |
| | Federal Defender |
| 2 | JAYA C. GUPTA (SBN #312138) |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | AUSTIN VALLEROY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-po-00294-SAB |
| Plaintiff, | NOTICE OF CHANGED FINANCIAL CONDITIONS PURSUANT TO 18 U.S.C. § 3573(D)(3); STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER |
| vs. | |
| AUSTIN VALLEROY, | |
| Defendant. | DATE:  Jan. 19, 2023 (Probation Review Hrg.) |
| | TIME:   10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**NOTICE IS HEREBY GIVEN** pursuant to 18 U.S.C. § 3573(d)(3) that Defendant Austin Valleroy has experienced a material change in his economic circumstances that has affected his ability to pay the fine ordered by the Court of $500 along with a $10 special assessment and $30 processing fee. Accordingly, the parties, through their respective counsel stipulate to modify the terms of Mr. Valleroy's probation as set forth below.

On March 17, 2022, the Court sentenced Mr. Valleroy to a term of probation, currently set to expire on March 17, 2023.  ECF. No. 8.  As a condition of probation, the Court ordered that Mr. Novak pay a $500 fine, $10 special assessment, and $30 processing fee, for a total financial obligation of $540, to be paid by June 30, 2022. *Id*.

At the time of sentencing, Mr. Valleroy was working 40 hours a week, earning $14.50 an hour. His job site was approximately 20 miles away each way, and he was required to travel back and forth every day. Since sentencing, the price of gasoline and other household goods has

increased dramatically across the country and it was costing Mr. Valleroy approximately $20 a day just to travel to work and back. Because Mr. Valleroy could not afford to spend a significant portion of his paycheck on gasoline, he changed his employment to a local employer. While he is making more money, approximately $15 an hour, he is working fewer hours (approximately 32 hours), although he anticipates that he in the near future he will be allowed to resume working 40 hours a week. Mr. Valleroy also incurred a number of additional, unexpected bills, moving into his own apartment. With these two events, Mr. Valleroy has simultaneously faced a loss of income and an increase in expenses. Fortunately, Mr. Valleroy will be in a better financial position soon once he has paid off these additional expenses and he is permitted to resume working 40 hours a week at a higher hourly wage.

## STIPULATION

In acknowledgement of these material changes in Mr. Valleroy's economic circumstances, it is hereby stipulated between the parties, through their respective counsel of record, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that Condition #4 of Mr. Valleroy's unsupervised probation be modified to allow him until August 31, 2022 to pay the total financial obligation of $540. All other terms not in conflict will remain in full force and effect.

//

1   Given the parties' agreement, Mr. Valleroy expressly waives any right to a hearing on
2   this modification request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).
3   IT IS SO STIPULATED.

HEATHER E. WILLIAMS
Federal Defender

Date: May 31, 2022          */s/ Jaya Gupta*
                            JAYA GUPTA
                            Assistant Federal Defender
                            Attorney for Defendant
                            AUSTIN VALLEROY


                            PHILLIP A. TALBERT
                            United States Attorney

Date: May 31, 2022          */s/ Alex Dempsey*
                            ALEXANDRE DEMPSEY
                            Assistant United States Attorney
                            Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the defendant, Austin Valleroy, has until August 31, 2022 to pay the total financial obligation previously imposed in this case of $540. All other conditions not in conflict remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 31, 2022**

_____
UNITED STATES MAGISTRATE JUDGE