**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-po-00294-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| AUSTIN L. VALLEROY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** 36 C.F.R. § 261.10(e), Abandoned Property

**Sentence Date:** March 17, 2022

**Review Hearing Date:** January 19, 2023

**Probation Expires On:** March 17, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $540.00, which Total Amount is made up of a Fine: $500.00; Special Assessment: $10.00; Processing Fee: $30.00; Restitution: $0.

☐ Payment schedule of $_____ per month by the _____ of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** "The Defendant not to enter or be on National Forest Land for one year/length of probation."

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $_____
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/19/2023 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 1/3/2023           */s/ Erin M. Snider*
                                      DEFENDANT'S COUNSEL

DATED: 1/3/2023           */s/ Chan Hee*
                                      ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **January 3, 2023**

                                       UNITED STATES MAGISTRATE JUDGE